Scott M. Johnson (Bar #287182)
sjohnson@gajplaw.com
**GAJP P.C.**
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Cynthia Frenchman

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CYNTHIA FRENCHMAN, <br><br>　　　　　　Plaintiff, <br><br>　v. <br><br>BANK OF AMERICA, N.A. <br><br><br>　　　　　　Defendant. | Case No.: 4:19-cv-00881-KAW <br><br>NOTICE OF SETTLEMENT WITH DEFENDANT BANK OF AMERICA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Cynthia Frenchman and defendant Bank of America, N.A., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal within 30 days once the settlement is finalized.

Dated:   April 25, 2019

　　　　　　　　　　　　　　　　　　　　　　**GAJP, P.C.**
　　　　　　　　　　　　　　　　　　　　　　*/s/ Scott Johnson*
　　　　　　　　　　　　　　　　　　　　　　Scott Johnson
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff