Scott M. Johnson (Bar #287182)
sjohnson@gajplaw.com
**GAJP P.C.**
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Cynthia Frenchman

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CYNTHIA FRENCHMAN, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A. <br><br> Defendant. | Case No.: 4:19-cv-00881-KAW <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

  **PLEASE TAKE NOTICE** that Plaintiff Cynthia Frenchman, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Bank of America, N.A. as to all claims in this action, with prejudice.

  Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

  41(a) Voluntary Dismissal

  (1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Bank of America, N.A. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated:   June 12, 2019

**GAJP, P.C.**
/s/ *Scott Johnson*
Scott Johnson
Attorneys for Plaintiff